AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MITCHELL A. BROWN<br><br>Defendant(s) | )<br>)<br>)  Case No. 13- 8212 -WM<br>)<br>)<br>) |

FILED by ___ D.C.
APR 1 9 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2250 | Failure to Register Under SORNA |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

USDM Charles M. Feehely
Printed name and title

Sworn to before me and signed in my presence.

Date: ___04/19/2013___

_____
Judge's signature

City and state: ___West Palm Beach, Florida___

U.S. Magistrate Judge William Mathewman
Printed name and title

# AFFIDAVIT

I, Charles M. Feehely, first being duly sworn, do hereby depose and state as follows:

1. I am a Deputy U.S. Marshal with the United States Marshals Service (USMS), currently assigned to the Sex Offender Investigations Branch (SOIB) for the Florida-Caribbean Region. I have been employed as a federal agent for approximately 12 years. As a Deputy U.S. Marshal, my duties and responsibilities include conducting criminal investigations of individuals who are registered sex offenders who are required to register in the State of Florida and who have violated federal laws, particularly those laws as found in Title 18 of the United States Code. I have received training covering the legal aspects of the Sex Offender Registration and Notification Act (SORNA), specifically the Adam Walsh Child Protection and Safety Act of 2006, otherwise known as the Adam Walsh Act. I have obtained experience from numerous investigations involving both state and federal cases in which the sex offender has failed to comply with his/her registration requirements.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that on or about February, 25, 2013, Mitchell A. BROWN did knowingly and intentionally fail to register or update his registration as a sex offender as required by the State of Florida and SORNA, in violation of Title 18, United States Code, Section 2250.

3. On April 18, 2013, the Florida Department of Law Enforcement (FDLE) received a call from a citizen stating that Mitchell BROWN has been living with his mother at 3140 NW 15th Street, Delray Beach, FL 33445. The citizen further stated that BROWN has been in Florida for at least several months and has not registered as a sex offender in Florida. A check of

the FDLE Sex Offender/Predator website revealed no registration for Mitchell BROWN.

4. On April 18, 2013, Task Force Officer (TFO) Larry Wood (Palm Beach County Sheriff's Office – Sexual Predator/Offender Unit) interviewed several witnesses in the area of 3140 NW 15th Street, Delray Beach, FL 33445. Citizen Joanne Steiner lives in the neighborhood and is on the home owner's association board. Steiner stated that she knows BROWN personally and that 3-4 months ago BROWN came to her in order to obtain a job with the community in its theater. BROWN handed Steiner his business card for computer services which showed an address of 3140 NW 15th Street, Delray Beach, FL 33445 and listed BROWN as the President of the business.

5. On April 18, 2013, TFO Larry Wood also interviewed citizen Gayle Gallinat, also a resident in the neighborhood. Gallinat stated that she has known BROWN for over one year and that BROWN lives on 15th Street in Delray Beach, FL. Gallinat has also been to BROWN's home and is familiar with BROWN's family. Also present at Gallinat's home was Charles Mauery, Gallinat's friend/partner. Mauery stated he has known BROWN since November of 2012 and BROWN is on Mauery's bowling team. Both Gallinat and Mauery stated that BROWN told them BROWN was taking a business trip to Maine in February 2013. It should be noted that a check with the Maine registry revealed that BROWN checked in with Maine authorities on February 25, 2013, listing an address of 215 E. Grand Avenue, Unit 604, Old Orchard Beach, Maine.

6. On April 18, 2013, TFO Larry Wood observed two vehicles in the driveway of 3140 NW 15th Street, Delray Beach, FL 33445. The first was a 2000 tan, Lincoln with Florida tag, L26 1FB, registered to Fay BROWN, mother of Mitchell BROWN. The second vehicle was a 2000 maroon, GMC Jimmy with Maine tag, 339 0HX, registered to Mitchell BROWN.

7. On or about October 28, 2005, Mitchell BROWN was charged and later pled guilty to Solicitation of a Child by Computer in Wiscasset County, Maine. BROWN was sentenced to 6 months incarceration and 1 year of probation and required to register as a sex offender once per year in Maine.

8. On February 22, 2006, Mitchell BROWN signed the Notice of Duty to Register, State of Maine, acknowledging his requirements to register as a sex offender based upon the above conviction. In part, the notice signed by BROWN states, "If you move to another State, you must register your new address with the State Bureau of Identification and, if the new State has a registration requirement, you must register with the designated law enforcement agency in the new State not later than 5 days after establishing residence in that State".

9. On March 23, 2006, Mitchell BROWN also signed the Conditions of Probation, State of Maine, acknowledging, in part, his duty to fully comply with the Sex Offender Registration and Notification Act (SORNA).

10. Per Florida State Statute 943.0435, all registered sexual offenders must report in person twice a year or four times per year, depending upon the offenders offense/designation, to the Sherriff's Office in the County in which he or she resides or is otherwise located, to re-register. If the offender intends to establish residence in another state or jurisdiction other than the State of Florida he/she must report in person to the local Sherriff's Office to notify that office of his/her intention to do so within 48 hours prior to leaving.

11. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant submits that there is probable cause to believe that on or about February 25, 2013, Mitchell A. BROWN, an individual required to register under the Sex Offender Registration and Notification Act, who had traveled in interstate and foreign commerce, did knowingly fail to register or

update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

*[signature]*
Charles M. Feehely
Deputy Marshal
U.S. Marshals Service

Subscribed and sworn to before me this 19th day of April 2013.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13- 8212 -WM

IN RE: Complaint
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV